# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,　: No. 558 MAL 2014

Respondent

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v.

TAHARKA K. SENGHOR,

Petitioner

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.